JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONDRA AND PIONEER PROPERTY LLC, a limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AMCO INSURANCE COMPANY; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:23-cv-00450-GW-JPR<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　Plaintiff, ALONDRA AND PIONEER PROPERTY LLC, and Defendant, AMCO INSURANCE COMPANY (collectively, the "Parties"), submitted a Stipulation of Dismissal with Prejudice. Pursuant to the Stipulation, the Parties requested that the entire action be dismissed with prejudice and each party will bear its own costs and attorneys' fees.

　　　Having considered the Stipulation and for good cause shows:

　　　IT IS HEREBY ORDERED that this matter be dismissed with prejudice in its

463123　　　　　　　　　　　　　　　1

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

entirety.

      IT IS SO ORDERED.

Dated: __October 25, 2023__

                                                  _/s/ George H. Wu_
                                                  HON. GEORGE H. WU
                                                  UNITED STATES DISTRICT JUDGE